DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendant
Audience Entertainment LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMEPLAY, INC., a Canadian corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>AUDIENCE ENTERTAINMENT LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | Case No. 2:15-cv-05202-SJO-JC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PATENTABLE SUBJECT MATTER**<br><br>Date: October 19, 2015<br>Time: 10:00 am<br>Ctrm: 1<br>Judge: Hon. S. James Otero |

PLEASE TAKE NOTICE THAT at 10:00 a.m. on October 19, 2015, or as soon thereafter as may be heard, before The Honorable S. James Otero, in Courtroom 1 in the United States District Court for the Central District of California in Los Angeles, California, Defendant Audience Entertainment LLC ("Audience Entertainment") will and hereby does moves this Court, in accordance with Fed. R. Civ. P. 12(b)(6), dismissing the case against Defendant, filed on July 9, 2015.

The grounds for this motion include that the patents-in-suit are directed to an abstract idea and do not contain an inventive concept sufficient to transform the claimed abstract idea into a patent-eligible application.

The motion is based upon this Notice and Motion, the attached Memorandum of Points and Authorities, the pleadings and records on file in this action, and upon any additional evidence and argument that may be presented before or at the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3. Counsel met and conferred in person on August 27, 2015 but were unable to reach an agreement as to the subject matter eligibility of the claims of the asserted patent.

Dated: September 3, 2015                DURIE TANGRI LLP

                                        By:    */s/ Sonal N. Mehta*
                                               SONAL N. MEHTA

                                        Attorneys for Defendant
                                        Audience Entertainment LLC

## **CERTIFICATE OF SERVICE**

I, hereby certify that on September 3, 2015 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Sonal N. Mehta*
SONAL N. MEHTA