DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendant
Audience Entertainment LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMEPLAY, INC., a Canadian corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>AUDIENCE ENTERTAINMENT LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. 2:15-cv-05202-SJO-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PATENTABLE SUBJECT MATTER**<br><br>Date: October 19, 2015<br>Time: 10:00 am<br>Ctrm: 1<br>Judge: Hon. S. James Otero |

1  Upon consideration of Defendant Audience Entertainment LLC's Motion for
2  Dismiss For Lack of Patentable Subject Matter, any opposition and reply thereto, oral
3  argument, and other materials of record in this action, it is hereby ORDERED on this
4  ____day of _____, 2015, that Audience Entertainment LLC's motion is
5  GRANTED.  The Court orders that the complaint in this action is dismissed with prejudice.

7  IT IS SO ORDERED.

                                                    _____
                                                    Honorable S. James Otero

## **CERTIFICATE OF SERVICE**

I, hereby certify that on September 3, 2015 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Sonal N. Mehta*
SONAL N. MEHTA