I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:  650-614-7400
Facsimile:   650-614-7401

JS-6

FILED
CLERK, U.S. DISTRICT COURT

July 21, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

MICHAEL C. CHOW (STATE BAR NO. 273912)
mchow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, California  92614
Telephone:  949-567-6700
Facsimile:   949-567-6710

EDWIN EUGENE STEUSSY (STATE BAR NO. 299895)
esteussy@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

Attorneys for Plaintiff
TIMEPLAY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMEPLAY, INC., a Canadian corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>AUDIENCE ENTERTAINMENT LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendant. | Case No. 15-CV-05202 SJO (JCx)<br><br>**ORDER RE STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE** |

1    The Court, having read and considered the Stipulation Injunction and

2  Dismissal With Prejudice Between TimePlay, Inc. and Audience Entertainment,

3  LLC, ORDERS pursuant to the stipulation of the parties that:

4    1)    Effective as of this date, July 18, 2016, and continuing until the

5  expiration of U.S. Patent 8,951,124 (the "'124 Patent"), AE and its subsidiaries,

6  affiliates, officers, directors, agents, servants, employees, successors, licensees and

7  assigns, and all other persons and organizations in active concert or participation

8  with it shall be permanently enjoined and restrained from engaging in any of the

9  following activities:

10        a)    making, using, selling, or offering for sale in the United

11        States, or importing into the United States, devices, services or

12        software capable of allowing audience members in a theater or arena to

13        participate in a multi-player game displayed on a large central screen

14        using smartphones with downloaded game control modules;

15        b)    assisting, aiding, or abetting any other person or business

16        entity in engaging in or performing any of the activities referred to in

17        subparagraph (a) above.

18    2)    AE agrees and stipulates that a violation or breach of this Stipulated

19  Injunction will result in immediate and irreparable injury to TimePlay, shall entitle

20  TimePlay to immediately file suit in federal court in the Central District of

21  California, and shall entitle TimePlay to request the immediate entry of a temporary

22  restraining order and preliminary injunction in the language set forth in paragraph

23  1, above, and to seek all other appropriate relief, including but not limited to

24  attorney fees associated in the above captioned case.

25  /////

26  /////

27  /////

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP

[PROPOSED] ORDER RE STIPULATED
PERMANENT INJUNCTION
15-CV-05202 SJO (JCx)

OHSUSA:765580174.1

1    The Court further ORDERS that all claims and counterclaims in this case are

2    dismissed with prejudice, with each side bearing their own attorney fees and costs.

3    This Court shall retain jurisdiction to enforce the terms of this Stipulated

4    Injunction.

5

6    **IT IS SO ORDERED.**

7        July 21, 2016

8    _____

9                Hon. S. James Otero
             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:765580174.1

- 2 -

[PROPOSED] ORDER TO FILE UNDER
SEAL
15-CV-05202 SJO (JCx)

1  **<u>CERTIFICATE OF SERVICE</u>**

2        I hereby certify that on July 22, 2016, the foregoing was filed

3  electronically.  Notice of this filing will be sent to all parties by operation of the

4  Court's electronic filing system.  Local Rule 5-3.3.  As such, this document was

5  served on all counsel who are deemed to have consented to electronic service.

6  Pursuant to Fed. R. Civ. P. 5 and Local Rule 5-3.3, all other counsel of record

7  not deemed to have consented to electronic service were served with a true and

8  correct copy of the foregoing by email, on July 22, 2016.

9

10                                 */s/ I. Neel Chatterjee*

11                                 I. NEEL CHATTERJEE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP

OHSUSA:765580174.1

[PROPOSED] ORDER RE STIPULATED
PERMANENT INJUNCTION
15-CV-05202 SJO (JCx)